## FARRIS v. BURKE CTY. BD. OF EDUC.

No. 272PA01

Case below: 143 N.C. App. 77

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 19 July 2001. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 19 July 2001.

## FOX-KIRK v. HANNON

No. 213P01

Case below: 142 N.C. App. 267

Petition by plaintiff (Susan Fox-Kirk, Guardian Ad Litem for Whitney P. Kirk (Minor)) for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 July 2001.

## FRYE v. LEE

No. 381P01

Case below: Wake County Superior Court

Petition by plaintiffs for writ of certiorari to review the order of the Superior Court, Wake County, denied 17 July 2001. Petition by plaintiffs for writ of prohibition denied 17 July 2001. Petition by plaintiffs for writ of supersedeas denied 17 July 2001. Motion by plaintiffs to vacate superior court's order denied 17 July 2001. Motion by plaintiffs to stay the setting of execution dates denied 17 July 2001.

## GOLDS v. CENTRAL EXPRESS, INC.

No. 250P01

Case below: 142 N.C. App. 664

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.